UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNADINO PEREZ MENDEZ,<br><br>Defendant. | No. CR16-287-JLR<br><br>[PROPOSED]  *JLR*<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. A Titan .25 caliber auto pistol (serial no. DE11306);
2. A Marlin Firearms .22 caliber rifle (serial no. 98636475);
3. A Jennings Nine 9mm pistol (serial no. 1505076);
4. A Tanfoglio Gardone .22 caliber revolver (serial no. C92626); and,
5. Any and all ammunition, magazines and accessories, including but not limited to 39 rounds of American Eagle .22 caliber ammunition and 12 rounds of Winchester-Western 9 mm ammunition.

Final Order of Forfeiture - 1
U.S. v. Bernadino Perez Mendez, CR16-287-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On September 22, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 603);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 694); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party Other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in Its entirety, to the United States; and,

3. The Bureau of Alcohol, Firearms, Tobacco and Explosives, and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this 15th day of Dec., 2017.

THE HON. JAMES L ROBART
UNITED STATES DISTRICT JUDGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*[signature: Michelle Jensen]*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Bernadino Perez Mendez, CR16-287-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970